United States District Court
Southern District of Texas
**ENTERED**
June 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS REA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. 4:15-cv-01698 |
| | § | |
| TAYLOR-BROOKE | § | |
| CONSTRUCTION, LLC, | § | |
| LARRY PAYNE and | § | A Jury is Demanded |
| LORIE STRAWN-PAYNE | § | |
| | | |
| Defendants. | | |
| _____/ | | |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that the claims of CARLOS REA, are hereby dismissed, **with prejudice**. The Clerk is hereby ordered to close this file.

Signed this 9th day of June, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE